NICK I. IEZZA, SBN 128570
KELLY SWEENEY, SBN 239613
**SPIWAK & IEZZA, LLP**
555 Marin Street, Suite 140
Thousand Oaks, CA 91360
(805) 777-1175  telephone
(805) 777-1168  facsimile

Refer to File No: 651.0042
Attorneys for Plaintiff

IT IS SO ORDERED
Judge James Ware

FILED
2009 NOV 20 P 3:09
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. SAN JOSE

File by Fax

c/jw

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOP LAYER NETWORKS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> IP GLOBAL VOICE, INC.; CORSA NETWORK TECHNOLOGIES, INC., <br><br> Defendants. | CASE NO. CV 09-80301-MISC <br><br> REQUEST AND ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER |

Plaintiff/Creditor, TOP LAYER NETWORKS, INC. respectfully requests that ABC LEGAL SERVICES, whose servers are at least 18 years of age, of suitable discretion, and not a party to the within action, be authorized to serve a Writ of Execution and Notice of Levy against personal property in the above case. The U.S. Marshals Office will remain the Levying Officer.

IT IS SO ORDERED.

December 4, 2009
Date

_James Ware_
UNITED STATES DISTRICT JUDGE

1
REQUEST AND ORDER FOR SERVICE OF PROCESS